UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 98-cv-00379-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CANDANCE A. HOFF,
    AKA Candace Hoff

        Defendant,

    and

BUCKEYE SCHOOL DISTRICT,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee Maricopa County Superintendent of Schools, Buckeye School District shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

                BY THE COURT:

Dated: March 24, 2010                 s/Lewis T. Babcock
                                      UNITED STATES DISTRICT JUDGE