IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cv-000379-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CANDANCE A. HOFF,
    AKA Candace Hoff

        Defendant,

and

BUCKEYE SCHOOL DISTRICT,

        Garnishee.

## ORDER DISMISSING GARNISHMENT

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, hereby

**ORDERS** that the Motion to Dismiss Garnishment in this case is GRANTED.

ORDERED and entered this 11th day of June, 2013.

BY THE COURT:

s/Lewis T. Babcock
UNITED STATES DISTRICT JUDGE